FILED
CLERK, U.S. DISTRICT COURT

January 26, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLMARK INTERNATIONAL INC., a Texas corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>ABEL GALVEZ, an individual; TYLER THURMOND, an individual; THOMAS FORBES, an individual; FRANK DELGADILLO, an individual; G7 ENVIRONMENT, LLC, a Delaware limited liability company; G7 LUXURY SHUTTLE LLC, a Colorado limited liability company; and DOES 1 to 50 INCLUSIVE,<br><br>      Defendants | Case No.: 2:20-cv-04437-SB-PLA<br><br>ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO MEET AND CONFER REGARDING RULE 26(f) REPORT |

The Court issued an order setting Mandatory Rule 26(f) Scheduling Conference for January 29, 2021. Under the Court's MSC Order, the parties' Joint Rule 26(f) report was due no later than by January 22, 2021. Defendants Frank Delgadillo and Thomas Forbes failed to participate in the required meet and confer process, and Plaintiff filed the Rule 26(f) report without input from Defendants or

their counsel.

IT IS HEREBY ORDERED that Defendants Delgadillo and Forbes are to show cause, at a hearing **on February 5, 2021 at 8:30 a.m**., why the Court should not issue sanctions for failure to comply with the Court's MSC Order, Fed. R. Civ. P 26(f), and L.R. 26-1.

Defendants Delgadillo and Forbes are further ORDERED to file **by no later than January 29, 2021** a declaration re: sanctions (L.R. 83-7).

DATED: January 26, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge