UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-04437-SB-PLA | Date: | March 5, 2021 |
|---|---|---|---|

| Title: | *SolMark International Inc. v. Abel Galvez, et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Victor Cruz | Katy Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney Present for Plaintiff: | Attorney Present for Defendant(s): |
|---|---|
| Kevin J. Cole | Jerry R. Schaffer, Jr. |

**Proceedings:**     **AMENDED CASE MANAGEMENT ORDER**

      This case has been delayed in part due to confusion surrounding Defendant Frank Delgadillo's representation. Mr. Delgadillo recently filed a request for substitution of counsel, seeking to represent himself. At a hearing held on March 5, 2021, he advised the Court that he is seeking counsel.

      To allow Mr. Delgadillo time to secure legal representation, the Court **STAYS** this matter for a period of 30 days. To the extent that Mr. Delgadillo elects to represent himself, he is advised that parties in court without a lawyer are called "pro se litigants." These parties often face special challenges in federal court. Public Counsel runs a free Federal Pro Se Clinic where pro se litigants can get information and guidance. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012 (note that the clinic may not be open for in-person appointments during the pandemic). Pro se litigants must call or submit an on-line application to request services as follows: on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.

The Court continues the pretrial and trial dates set forth in the Case Management Order (Dkt. No. 63), as detailed in the table below. A more complete description of these deadlines is contained in the Order Setting Scheduling Conference. The deadlines below will *not* be continued absent *a timely showing of good cause*. **Good cause** requires a specific, detailed, and non-conclusory showing of diligence, describing: (i) all relevant work previously done (including when each item was completed), (ii) all relevant work that remains to be done, (iii) why the remaining work could not previously have been done (including efforts made to complete each remaining item), and (iv) why the amount of time requested is needed to complete the remaining work. A desire to engage is settlement discussions generally does not constitute good cause.

| | |
|---|---|
| **Trial**    ☒ Court  ☐ Jury          (Mon., 8:30 a.m.) | 10/25/21 |
| **Pretrial Conference**          (Fri., 11:00 a.m.) (including hearing on motions in limine) | 10/1/21 |
| **Motion to Amend Pleadings/Add Parties (**Hearing Deadline) | 5/7/21 |
| **Discovery Deadline – Nonexpert** | 5/28/21 |
| **Discovery Deadline – Expert** | 6/25/21 |
|   Initial Expert Disclosure | 5/10/21 |
|   Rebuttal Expert Disclosure | 5/24/21 |
| **Discovery Motion Hearing Deadline** | 6/25/21 |
| **Non-Discovery Motion Hearing Deadline** | 7/9/21 |
| **Settlement Conference Deadline** ☐ 1. Mag. J.  ☒ 2. Panel  ☐ 3. Private | 7/16/21 |
| **Post-Settlement Status Conf.**  (Fri., 8:30 a.m.): | 7/30/21 |
| Status Report Due (3 court days before): | 7/27/21 |
| **Trial Filings (First Set) Deadline** | 7/30/21 |
| **Trial Filings (Second Set) Deadline** | 9/13/21 |

   **IT IS SO ORDERED**.

0/02

3