UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-04437-SB-PLA | Date: | September 14, 2021 |
|---|---|---|---|

| Title: | *SolMark International Inc. v. Abel Galvez, et al.* |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|
| Victor Cruz | N/A |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** ORDER TO SHOW CAUSE

*Pro se* Defendant Frank Delgadillo on September 13 filed an *ex parte* application to continue the October 25, 2021, trial date and related deadlines by at least six weeks, explaining that Dr. Floyd Buen has informed him that he needs to have surgery performed on October 13 and will require four to six weeks to recover. Dkt. No. 116. Plaintiff SolMark International Inc. and Counter-Defendants Michael Scott and Chris Auerbach oppose the request, contending that Delgadillo's surgery is fabricated. Dkt. No. 117. They produce the declaration of their counsel, Kevin Cole, who testifies that he contacted Dr. Buen's office and was informed that Dr. Buen has not treated Delgadillo in several months and that the purported letter from Dr. Buen that Delgadillo submitted to the Court in support of his application was fabricated. Dkt. No. 117-1.

IT IS HEREBY ORDERED that Defendant Frank Delgadillo shall show cause at a hearing on **September 24, 2021** at 8:30 a.m. in Courtroom 6C why the Court should not sanction him—by striking his answer and counterclaim and/or imposing other appropriate sanctions—for making false statements and filing fabricated evidence with the Court. Delgadillo shall file a written response to this

OSC by no later than **September 20, 2021**.  The Court defers ruling on Delgadillo's *ex parte* application until after the show cause hearing, and all deadlines set by the Court (including the filing of pretrial documents required by the Pretrial and Trial Order) remain in effect at this time.