UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLMARK INTERNATIONAL INC.,<br><br>Plaintiff,<br><br>v.<br><br>ABEL GALVEZ, TYLER THURMOND, THOMAS FORBES, FRANK PATRICK DELGADILLO, G7 ENVIRONMENT LLC, and G7 LUXURY SHUTTLE LLC,<br><br>Defendants,<br><br>v.<br><br>MICHAEL SCOTT and CHRIS AUERBACH,<br><br>Third-Party Defendants. | Case No. 2:20-cv-04437-SB-PLA<br><br>**FINAL JUDGMENT** |

For the reasons set forth in (1) the June 11, 2021 order dismissing Tyler Thurmond without prejudice, (2) the August 23, 2021 order dismissing some of Defendant Delgadillo's counterclaims, (3) the December 3, 2021 findings of fact and conclusions of law following the bench trial, (4) the January 27, 2022 order granting in part and denying in part Plaintiff's motion for default judgment, and (5) the separate order dismissing Thomas Forbes without prejudice entered this day, it is

ORDERED AND ADJUDGED that Plaintiff SolMark International Inc. shall have and recover from Defendants G7 Environment LLC, G7 Luxury Shuttle LLC,

Abel Galvez, and Frank Delgadillo, jointly and severally, the sum of $99,894.51.  It is further

      ORDERED AND ADJUDGED that Defendant Frank Delgadillo shall take nothing on his counterclaims against Plaintiff or his claims against Third-Party Defendants Michael Scott and Chris Auerbach, and Defendant Delgadillo's claims are DISMISSED on the merits with prejudice.  It is further

      ORDERED AND ADJUDGED that Plaintiff SolMark International Inc.'s claims against Defendants Tyler Thurmond and Thomas Forbes are DISMISSED without prejudice.

      This is a Final Judgment.

Dated:  February 4, 2022

*(signature)*

Stanley Blumenfeld, Jr.
United States District Judge